Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WONGAB CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FOREVER 21, INC.; *et al.*,<br><br>Defendants. | Case No.: 16-CV-05194-TJH-SS<br><u>Honorable Terry J. Hatter presiding</u><br><br>**PLAINTIFF'S ANSWER TO DEFENDANT FOREVER 21, INC.'S COUNTERCLAIMS**<br><br><u>Jury Trial Demanded</u> |

Plaintiff WONGAB CORPORATION ("Wongab" or "Plaintiff"), hereby answers the Counterclaim (Dkt. No. 13) of Defendant FOREVER 21, INC. ("Forever 21" or "Defendant"), as follows: Except as hereinafter expressly admitted, qualified or otherwise answered, Wongab denies each and every allegation and assertion made in the Counterclaim.

The Paragraphs that follow align to the numbered paragraphs of Forever 21's Counterclaim:

1
ANSWER TO COUNTERCLAIMS

## COUNTERCLAIM

There are no factual allegations in this paragraph to admit or deny.

## THE PARTIES

71. Plaintiff admits the allegations in Paragraph 71.

72. Plaintiff admits the allegations in Paragraph 72.

## JURSIDICTION AND VENUE

73. In response to Paragraph 73, Plaintiff admits that this Court has jurisdiction over this action.

74. Plaintiff admits the allegations in Paragraph 74.

75. Plaintiff admits the allegations in Paragraph 75.

## COUNTERCLAIM FOR DECLARATORY RELIEF

76. There are no factual allegations in Paragraph 76 of the Counterclaim to admit or deny.

77. In response to Paragraph 77 of the Counterclaim, Plaintiff admits that an actual controversy exists between the parties concerning Forever 21's infringement of Plaintiff's intellectual property rights, but denies that the existence, validity, and enforceability of Plaintiff's rights are legitimately at issue.

78. In response to Paragraph 78 of the Counterclaim, Plaintiff denies that Defendant is entitled to any of the relief it requests.

## AFFIRMATIVE DEFENSES

Without admitting or acknowledging that it bears any burden of proof as to any of them or their respective elements, Plaintiff asserts the following Affirmative Defenses:

///

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

1. Defendant's Counterclaim, and each purported claim for relief contained therein, fails to state any claim upon which relief may be granted. Plaintiff alleges that it is not liable for any claim alleged herein, that Defendant has sustained no loss or damages as a result of Plaintiff's alleged conduct, and that Plaintiff is not liable for any claim alleged by Defendant.

## SECOND AFFIRMATIVE DEFENSE

### (Acted in Good Faith)

2. Plaintiff alleges that at all times relevant herein, it acted in good faith and had no reason to believe in the existence of facts as alleged and complained of in the Counterclaim.

## THIRD AFFIRMATIVE DEFENSE

### (Waiver, Estoppel, and Acquiescence)

3. Defendant's claims are all barred by the doctrines of waiver, estoppel, and acquiescence.

## FOURTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

4. Defendant's claims are all barred by the doctrine of unclean hands.

## FIFTH AFFIRMATIVE DEFENSE

### (Lack of Standing)

5. Defendant's claims are all bared because Defendant has no standing to assert any claim or cause of action, herein, as Defendant is not legal or beneficial owner of any intellectual property rights asserted in this action.

///

## SIXTH AFFIRMATIVE DEFENSE

## (Failure to Mitigate)

6. The remedies sought by the claims for relief are limited or precluded by Defendant's failure to mitigate its losses.

## SEVENTH AFFIRMATIVE DEFENSE

## (Contributory/Comparative Negligence and Assumption of Risk)

7. Defendant's injuries were caused by its own contributory/comparative negligence and/or assumption of the risk.

## EIGHTH AFFIRMATIVE DEFENSE

## (Acts of Third Parties)

8. Defendant is not entitled to any recovery against Plaintiff because any harm incurred by Defendant was the result of conduct by third parties for whom Plaintiff was not responsible.

## NINTH AFFIRMATIVE DEFENSE

## (Acts and Omissions)

9. Defendant is not entitled to any recovery against Plaintiff because Defendant assumed all risks and/or caused or contributed to the alleged injuries or damages by its own negligent, intentional, willful, or bad faith acts and omissions.

## TENTH AFFIRMATIVE DEFENSE

## (Consent)

10. Defendant's claims are all barred because Defendant expressly or impliedly consented to Plaintiff's actions.

## ELEVENTH AFFIRMATIVE DEFENSE

## (Ratification)

11. Defendant's claims are all barred by the doctrines of acquiescence and/or ratification as a result of the acts or omissions of Defendant or others that are attributable to Defendant.

### TWELFTH AFFIRMATIVE DEFENSE
### (No Wrongful Act)

12. Defendant's claims are all barred because Plaintiff has not engaged in any unlawful, unfair, or inequitable business practices; rather its conduct was at all times proper, justified, privileged, and performed in the exercise of absolute rights granted to it by the laws and institutions of the United States government.

### THIRTEENTH AFFIRMATIVE DEFENSE
### (Attorneys' Fees Improper)

13. Plaintiff alleges that Defendant fails to state facts sufficient to permit recovery of attorneys' fees.

### FOURTEENTH AFFIRMATIVE DEFENSE
### (No Irreparable Harm)

14. Defendant has not suffered any irreparable harm and injunctive relief is unwarranted.

### FIFTEENTH AFFIRMATIVE DEFENSE
### (Lack of Injury or Damages)

15. Plaintiff alleges that Defendant has sustained no loss or damages as a result of Plaintiff's alleged conduct.

### SIXTEENTH AFFIRMATIVE DEFENSE
### (Laches and Statute of Limitations)

16. Defendant's claims are barred by the doctrine of laches and/or by applicable the statute of limitations.

### SEVENTEENTH AFFIRMATIVE DEFENSE
### (Unjust Enrichment)

17. Defendant is barred from recovery in whole or in part because it would be unjustly enriched if it is permitted to recover on its claims.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Additional Defenses)

18. Plaintiff expressly reserves all rights to amend this answer to assert additional affirmative defenses as may become appropriate as discovery and factual and legal research are conducted.

WHEREFORE, Plaintiff prays that Defendant's claims be denied, that judgment be entered in favor of Plaintiff, that Defendant take nothing, and that Plaintiff be awarded its costs and attorneys' fees, as well as any further relief that the Court may deem just and proper.

A TRIAL BY JURY PURSUANT TO FED. R. CIV. P. 38 AND CONSTITUTIONAL AMENDMENT SEVEN IS HEREBY DEMANDED.

Respectfully submitted,

Dated: October 11, 2016  By:  */s/ Scott Alan Burroughs*
Scott Alan Burroughs, Esq.
Trevor W. Barrett, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff