1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WONGAB CORPORATION,<br><br>   Plaintiff,<br><br>  v.<br><br>FOREVER 21, INC.,<br><br>   Defendant. | Case No. 16-CV-5194 TJH (SSx)<br><br>**ORDER GRANTING ENTRY OF CASE SCHEDULE AND CONTINUING PRE-TRIAL CONFERENCE [20]** |
| FOREVER 21, INC.,<br><br>   Counterclaimant,<br><br>  v.<br><br>WONGAB CORPORATION,<br><br>   Counterclaim-defendant. | |

# SCHEDULING ORDER

The Court hereby **GRANTS** entry of the following case schedule. The currently scheduled May 15, 2017 final pre-trial conference is continued until May 16, 2018 at 10:00 a.m.

| Date: | Event: |
|---|---|
| May 24, 2018 | Trial-ready date |
| May 16, 2018 | Final pretrial conference |
| May 16, 2018 | Hearing/submission date for motions *in limine* (non-*Daubert*) |
| May 5, 2018 | Last day to lodge final pretrial order, including objections to exhibits (11 days before final pretrial conference) |
| April 30, 2018 | Last day to file reply briefs in support of motions *in limine* (non-*Daubert)* |
| April 26, 2018 | Last day to file Memoranda of Fact and Law; joint exhibit list; and witness lists (21 days before final pretrial conference) |
| April 23, 2018 | Last day to file oppositions to motions *in limine* (non-*Daubert*) |
| April 16, 2018 | Last day to file motions *in limine* (non-*Daubert)* |
| April 11, 2018 | Last day for parties' counsel to meet and confer in person regarding final pretrial conference (at least 40 days before final pretrial conference) |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Date: | Event: |
|---|---|
| March 28, 2018 | Last day for parties to participate in the ADR process approved by the Court |
| February 8, 2018 | Hearing date for dispositive motions and *Daubert* motions |
| January 4, 2018 | Last day to file reply briefs in support of dispositive motions and *Daubert* motions |
| December 20, 2017 | Last day to file oppositions to dispositive motions and *Daubert* motions |
| November 30, 2017 | Last day to file dispositive motions and *Daubert* motions |
| November 20, 2017 | Last day to file motions to compel for expert discovery |
| November 13, 2017 | Last day to complete expert discovery (discovery must be propounded to require responses on or before this date) |
| October 22, 2017 | Last day for parties to serve Federal Rule of Civil Procedure 26(a)(2)(D)(ii) rebuttal expert reports |
| October 14, 2017 | Last day to file motions to compel for fact discovery |
| October 7, 2017 | Last day for fact discovery (discovery must be propounded to require responses on or before this date) |
| September 25, 2017 | Last day for parties to serve Federal |

| Date: | Event: |
|---|---|
|  | Rule of Civil Procedure 26(a)(2)(B) and (C) opening expert reports on issues for which they have the burden of proof (or at least two weeks after *Markman* order) |
| September 10, 2017 | Last day to file motions to amend the pleadings |
| August 28, 2017 | Hearing/submission date for *Markman* claim construction |
| August 14, 2017 | Reply claim construction brief by Plaintiff |
| July 30, 2017 | Opposition claim construction brief by Defendant |
| July 9, 2017 | Opening claim construction brief by Plaintiff |
| July 19, 2017 | Exchange proposed claim constructions (parties to meet and confer immediately thereafter to determine possible resolutions on proposed constructions) |
| June 5, 2017 | Exchange proposed claim terms to be construed |
| May 7, 2017 | Defendant Serves Patent Invalidity Contentions |
| February 20, 2017 | Plaintiff Serves Patent Infringement Contentions |
| February 13, 2017 | Initial disclosures |

| Date: | Event: |
|---|---|
| January 25, 2017 | Rule 26(f) conference of counsel |

**IT IS SO ORDERED.**

*[Signature: Terry J. Hatter, Jr.]*

**DATED:** February 16, 2017

Hon. Terry J. Hatter, Jr.
United States District Judge