# EXHIBIT 1

| | |
|---|---|
| **From:** | Scott Alan Burroughs <scott@donigerlawfirm.com> |
| **Sent:** | Thursday, March 23, 2017 6:03 PM |
| **To:** | Martin Bader; 'Trevor Barrett' |
| **Cc:** | 'Grace Garcia'; 'Erin Wilson'; Seong Kim; stephen@donigerlawfirm.com; jgomes@donigerlawfirm.com; Daniel Taskalos; Pamela Crawford; Kristina Grauer; LegalTm-F21-Wongab |
| **Subject:** | RE: Wongab v. Forever21 16-5194 |
| **Attachments:** | Contentions_Forever21_WG17.pdf |

Martin:

Thank you for your patience. See attached for the contentions. As previously noted, we agree to the reciprocal extension of time. A copy of the contentions has also gone out by mail.

Regards,

Scott Alan Burroughs, Esq.
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Phone: (310) 590-1820
Electronic: scott@donigerlawfirm.com
Website: www.donigerlawfirm.com

---

**From:** Martin Bader [mailto:MBader@sheppardmullin.com]
**Sent:** Wednesday, March 15, 2017 5:07 PM
**To:** Scott Alan Burroughs <scott@donigerlawfirm.com>; 'Trevor Barrett' <tbarrett@donigerlawfirm.com>
**Cc:** 'Grace Garcia' <ggarcia@donigerlawfirm.com>; 'Erin Wilson' <ewilson@donigerlawfirm.com>; Seong Kim <SHKim@sheppardmullin.com>; stephen@donigerlawfirm.com; jgomes@donigerlawfirm.com; Daniel Taskalos <DTaskalos@sheppardmullin.com>; Pamela Crawford <PCrawford@sheppardmullin.com>; Kristina Grauer <KGrauer@sheppardmullin.com>; LegalTm-F21-Wongab <LegalTm-F21-Wongab@sheppardmullin.com>
**Subject:** RE: Wongab v. Forever21 16-5194

Scott,

I am not sure what you are talking about with respect to discovery requests. We need updated initial disclosures from you – I don't believe there are any pending discovery requests to Forever 21 that are outstanding.

With respect to the infringement contentions, please get them to us immediately. We will certainly need a reciprocal extension for the invalidity contentions at least as long as the amount of time past the original due date that it takes Wongab to serve its infringement contentions. We are already risking having to modify the entire schedule since the contentions are now nearly a month overdue, so that will need to be addressed as well. Moreover, to the extent that Wongab's infringement contentions are deficient in any manner, we reserve all rights including dismissal of the patent infringement claims.

Best Regards,
Martin

**From:** Scott Alan Burroughs [mailto:scott@donigerlawfirm.com]
**Sent:** Wednesday, March 08, 2017 1:30 PM
**To:** Martin Bader <MBader@sheppardmullin.com>; 'Trevor Barrett' <tbarrett@donigerlawfirm.com>
**Cc:** 'Grace Garcia' <ggarcia@donigerlawfirm.com>; 'Erin Wilson' <ewilson@donigerlawfirm.com>; Seong Kim <SHKim@sheppardmullin.com>; stephen@donigerlawfirm.com; jgomes@donigerlawfirm.com; Daniel Taskalos <DTaskalos@sheppardmullin.com>; Pamela Crawford <PCrawford@sheppardmullin.com>; Kristina Grauer <KGrauer@sheppardmullin.com>; LegalTm-F21-Wongab <LegalTm-F21-Wongab@sheppardmullin.com>
**Subject:** RE: Wongab v. Forever21 16-5194

Martin:

Apologies, I believe we may have calendared this date out as per the reciprocal extensions and then it was lost in the shuffle. In any event, we should have them to you within a week, or no later than 10 days. We are of course agreeable to extending your response date to both the discovery requests and response to our contentions by the amount of time our contentions are overdue, which is often how the matter is addressed by the courts. See *Infeneon Techs. v. Volterra Semiconductor*, No. 11-c-06239-DMR, 2013 WL 322570, at *5 (N.D. Cal. Jan. 28, 2013)(staying discovery "[u]ntil plaintiff meets the burden of providing infringement contentions compliant with Patent L.R. 3-1."). Let us know if this doesn't work on your end, and we can further discuss on Monday.

Regards,

Scott Alan Burroughs, Esq.
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Phone: (310) 590-1820
Electronic: scott@donigerlawfirm.com
Website: www.donigerlawfirm.com

**From:** Martin Bader [mailto:MBader@sheppardmullin.com]
**Sent:** Monday, March 6, 2017 3:48 PM
**To:** 'Trevor Barrett' <tbarrett@donigerlawfirm.com>
**Cc:** 'Grace Garcia' <ggarcia@donigerlawfirm.com>; 'Erin Wilson' <ewilson@donigerlawfirm.com>; Seong Kim <SHKim@sheppardmullin.com>; stephen@donigerlawfirm.com; jgomes@donigerlawfirm.com; Daniel Taskalos <DTaskalos@sheppardmullin.com>; Pamela Crawford <PCrawford@sheppardmullin.com>; Kristina Grauer <KGrauer@sheppardmullin.com>; scott@donigerlawfirm.com; LegalTm-F21-Wongab <LegalTm-F21-Wongab@sheppardmullin.com>
**Subject:** RE: Wongab v. Forever21 16-5194

Trevor,

I wanted to follow-up on a few issues.  First, we did not receive a response to my e-mail below regarding initial disclosures, nor have we received updated initial disclosures that cure the below deficiencies.  Please confirm you will update them accordingly.

Second, Wongab's infringement contentions were due on February 20, 2017 (see attached).  We have not received them.  Please explain why they have not yet been served.  Forever 21 reserves all rights, including dismissal of Wongab's patent infringement claims for Wongab's failure to comply with the case schedule.

Best Regards,
Martin

**From:** Martin Bader
**Sent:** Tuesday, January 31, 2017 5:01 PM
**To:** 'Trevor Barrett' <tbarrett@donigerlawfirm.com>
**Cc:** 'Grace Garcia' <ggarcia@donigerlawfirm.com>; 'Erin Wilson' <ewilson@donigerlawfirm.com>; Seong Kim <SHKim@sheppardmullin.com>; stephen@donigerlawfirm.com; jgomes@donigerlawfirm.com; Daniel Taskalos <DTaskalos@sheppardmullin.com>; Pamela Crawford <PCrawford@sheppardmullin.com>; Kristina Grauer <KGrauer@sheppardmullin.com>; scott@donigerlawfirm.com; LegalTm-F21-Wongab <LegalTm-F21-Wongab@sheppardmullin.com>
**Subject:** RE: Wongab v. Forever21 16-5194

Trevor

Thanks – we will put the schedule in the Rule 26 report.

We also write to address a few inadequacies in Wongab's Initial Disclosures dated January 10, 2017, including:

- Large portions of Wongab's Initial Disclosures appear to be copied from initial disclosures from another case or cases.  E.g., although there is only one named defendant in our case, the Initial Disclosures refer to "Retailer Defendants" and "Vendor Defendants";  although there is only one design at issue, the Initial Disclosures refer to "design<u>s</u> at issue" and "copyright<u>s</u> registration<u>s</u>."  These are just a few examples of the perceived inapplicable boilerplate.

- Wongab's Initial Disclosures also fail to identify witnesses that it should be able to identify by name and instead refer to them by category (e.g., "Wongab's design team"; Wongab's employees in charge of sampling and production";  "Wongab's sales representatives").

- The Damages section fails to state that Wongab will produce "the documents or evidentiary material … on which each computation is based" as if there had been a formal request for production under Rule 34. FRCP 26(a)(1)(A)(iii).

- The statement regarding Insurance is non-responsive.  Wongab must state whether it is aware of any insurance that may apply to Forever 21's counterclaim and produce a copy if there is such a policy.

Please provide revised Initial Disclosures that cure the above deficiencies by February 13, 2017.  If you do not agree to revise the initial disclosures to address all of the above deficiencies, please let us know when you are available for a meet and confer during the week of March 6.  We are generally available.

Best Regards,
Martin

**From:** Trevor Barrett [mailto:tbarrett@donigerlawfirm.com]
**Sent:** Monday, January 30, 2017 5:41 PM
**To:** Martin Bader <MBader@sheppardmullin.com>
**Cc:** 'Grace Garcia' <ggarcia@donigerlawfirm.com>; 'Erin Wilson' <ewilson@donigerlawfirm.com>; Seong Kim <SHKim@sheppardmullin.com>; stephen@donigerlawfirm.com; jgomes@donigerlawfirm.com; Daniel Taskalos <DTaskalos@sheppardmullin.com>; Pamela Crawford <PCrawford@sheppardmullin.com>; Kristina Grauer <KGrauer@sheppardmullin.com>; scott@donigerlawfirm.com; LegalTm-F21-Wongab <LegalTm-F21-Wongab@sheppardmullin.com>
**Subject:** RE: Wongab v. Forever21 16-5194

Martin,

The schedule is agreeable, please insert into the joint report.

Best,

Trevor W. Barrett, Esq.
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Electronic: tbarrett@donigerlawfirm.com
Website: www.donigerlawfirm.com
THIS MESSAGE IS CONFIDENTIAL
ATTORNEY WORK-PRODUCT
AND SHOULD NOT BE DISSEMINATED.

**From:** Martin Bader [mailto:MBader@sheppardmullin.com]
**Sent:** Monday, January 30, 2017 3:55 PM
**To:** 'Trevor Barrett'
**Cc:** 'Grace Garcia'; 'Erin Wilson'; Seong Kim; stephen@donigerlawfirm.com; jgomes@donigerlawfirm.com; Daniel Taskalos; Pamela Crawford; Kristina Grauer; scott@donigerlawfirm.com; LegalTm-F21-Wongab
**Subject:** RE: Wongab v. Forever21 16-5194

Trevor,

Thanks for the call. I look forward to hearing from you on the schedule we had originally put together. I have reattached it for your convenience.

Also, thank you for agreeing that the attached discovery from Wongab to Forever21 that was previously served on January 10, 2017 (and that Forever21 believes was premature) will be deemed to have been served today. We will respond accordingly.

Best Regards,
Martin

**From:** Trevor Barrett [mailto:tbarrett@donigerlawfirm.com]
**Sent:** Monday, January 30, 2017 2:33 PM
**To:** Martin Bader <MBader@sheppardmullin.com>
**Cc:** 'Grace Garcia' <ggarcia@donigerlawfirm.com>; 'Erin Wilson' <ewilson@donigerlawfirm.com>; Seong Kim <SHKim@sheppardmullin.com>; stephen@donigerlawfirm.com; jgomes@donigerlawfirm.com; Daniel Taskalos <DTaskalos@sheppardmullin.com>; Pamela Crawford <PCrawford@sheppardmullin.com>; Kristina Grauer <KGrauer@sheppardmullin.com>; scott@donigerlawfirm.com
**Subject:** RE: Wongab v. Forever21 16-5194

Martin,

Please give me a call around 3:30 PT. Thank you.

Best,

Trevor W. Barrett, Esq.
DONIGER / BURROUGHS
603 Rose Avenue

D. Taskalos Dec., Ex. 1
Page 9

Venice, California 90291
Telephone: (310) 590-1820
Electronic: tbarrett@donigerlawfirm.com
Website: www.donigerlawfirm.com
THIS MESSAGE IS CONFIDENTIAL
ATTORNEY WORK-PRODUCT
AND SHOULD NOT BE DISSEMINATED.

---

**From:** Martin Bader [mailto:MBader@sheppardmullin.com]
**Sent:** Monday, January 30, 2017 2:40 PM
**To:** 'Trevor Barrett'
**Cc:** 'Grace Garcia'; 'Erin Wilson'; Seong Kim; stephen@donigerlawfirm.com; jgomes@donigerlawfirm.com; Daniel Taskalos; Pamela Crawford; Kristina Grauer; scott@donigerlawfirm.com
**Subject:** RE: Wongab v. Forever21 16-5194

Trevor,

I apologize. Are you still free to talk? I am available now and for the next couple of hours.

Thanks,
Martin

---

**From:** Trevor Barrett [mailto:tbarrett@donigerlawfirm.com]
**Sent:** Monday, January 30, 2017 1:53 PM
**To:** Martin Bader <MBader@sheppardmullin.com>
**Cc:** 'Grace Garcia' <ggarcia@donigerlawfirm.com>; 'Erin Wilson' <ewilson@donigerlawfirm.com>; Seong Kim <SHKim@sheppardmullin.com>; stephen@donigerlawfirm.com; jgomes@donigerlawfirm.com; Daniel Taskalos <DTaskalos@sheppardmullin.com>; Pamela Crawford <PCrawford@sheppardmullin.com>; Kristina Grauer <KGrauer@sheppardmullin.com>; scott@donigerlawfirm.com
**Subject:** RE: Wongab v. Forever21 16-5194

Martin,

I called but couldn't get a hold of you. In any event, I have attached the draft Rule 26 joint report hereto. Please insert your clients' portions in redline and remit so that we can try to get a concrete schedule ordered by the Court. Please also let me know when you will be free for our conference. Thank you.

Best,

Trevor W. Barrett, Esq.
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Electronic: tbarrett@donigerlawfirm.com
Website: www.donigerlawfirm.com
THIS MESSAGE IS CONFIDENTIAL
ATTORNEY WORK-PRODUCT
AND SHOULD NOT BE DISSEMINATED.

---

**From:** Martin Bader [mailto:MBader@sheppardmullin.com]
**Sent:** Wednesday, January 25, 2017 1:55 PM

**To:** 'Trevor Barrett'
**Cc:** 'Grace Garcia'; 'Erin Wilson'; Seong Kim; stephen@donigerlawfirm.com; jgomes@donigerlawfirm.com; Daniel Taskalos; Pamela Crawford; Kristina Grauer; scott@donigerlawfirm.com
**Subject:** RE: Wongab v. Forever21 16-5194

Trevor,

Sorry for the delayed response.  I have a huge deadline this Friday in another case.  Can we set up a call on Monday or Tuesday next week?  I am fairly open both days, except on Monday the earliest I could do it would be 10:30 am.

Thanks,
Martin

---

**From:** Trevor Barrett [mailto:tbarrett@donigerlawfirm.com]
**Sent:** Friday, January 20, 2017 11:14 AM
**To:** Martin Bader <MBader@sheppardmullin.com>
**Cc:** 'Grace Garcia' <ggarcia@donigerlawfirm.com>; 'Erin Wilson' <ewilson@donigerlawfirm.com>; Seong Kim <SHKim@sheppardmullin.com>; stephen@donigerlawfirm.com; jgomes@donigerlawfirm.com; Daniel Taskalos <DTaskalos@sheppardmullin.com>; Pamela Crawford <PCrawford@sheppardmullin.com>; Kristina Grauer <KGrauer@sheppardmullin.com>; scott@donigerlawfirm.com
**Subject:** RE: Wongab v. Forever21 16-5194

Martin,

When would work for you next week? Please advise. Thank you.

Best,

Trevor W. Barrett, Esq.
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Electronic: tbarrett@donigerlawfirm.com
Website: www.donigerlawfirm.com
THIS MESSAGE IS CONFIDENTIAL
ATTORNEY WORK-PRODUCT
AND SHOULD NOT BE DISSEMINATED.

---

**From:** Martin Bader [mailto:MBader@sheppardmullin.com]
**Sent:** Friday, January 20, 2017 11:32 AM
**To:** 'scott@donigerlawfirm.com'
**Cc:** 'Grace Garcia'; 'Trevor Barrett'; 'Erin Wilson'; Seong Kim; 'stephen@donigerlawfirm.com'; 'jgomes@donigerlawfirm.com'; Daniel Taskalos; Pamela Crawford; Kristina Grauer
**Subject:** RE: Wongab v. Forever21 16-5194

Dear Scott,

We received Wongab's initial disclosures and also its First Set of RFA's, Interrogatories, and RFPs.  We were a bit surprised to see the discovery requests because the parties have never held a Rule 26(f) conference, and thus, pursuant to Rule 26(d), the discovery is premature and impermissible:

Rule 26(d):  (1) Timing. A party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B), or when authorized by these rules, by stipulation, or by court order.

As a courtesy, so that you do not need to re-serve the discovery, we will consider it properly served on the day we hold the Rule 26(f) conference.  Please let us know when you are available to conduct the Rule 26(f) conference.  Additionally, for discussion during the Rule 26(f) conference, we have attached a proposed case schedule for your review and consideration.

I look forward to hearing from you.

Best Regards,
Martin

Martin R. Bader
858.720.7446 | direct
858.847.4883 | direct fax
MBader@sheppardmullin.com | Bio

**Sheppard**Mullin
Sheppard Mullin Richter & Hampton LLP
12275 El Camino Real, Suite 200
San Diego, CA 92130-2006
858.720.8900 | main
www.sheppardmullin.com

---

**From:** Erin Wilson [mailto:ewilson@donigerlawfirm.com]
**Sent:** Tuesday, January 10, 2017 2:04 PM
**To:** Martin Bader <MBader@sheppardmullin.com>; Seong Kim <SHKim@sheppardmullin.com>
**Cc:** 'Grace Garcia' <ggarcia@donigerlawfirm.com>; 'Trevor Barrett' <tbarrett@donigerlawfirm.com>
**Subject:** Wongab v. Forever21 16-5194

Counsel:

Please find attached Plaintiff's Initial Disclosures, as well as Requests for Production of Documents, Requests for Admission, and Interrogatories propounded upon Defendant Forever 21, Inc.  You will also receive copies by mail.

Very truly yours,
Erin Wilson, Paralegal
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Phone: (310) 590-1820
Electronic: ewilson@donigerlawfirm.com
Website: www.donigerlawfirm.com
THIS MESSAGE IS LAWFIRM WORK PRODUCT
AND SHOULD NOT BE DISSEMINATED

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.