# EXHIBIT 5

## Daniel Taskalos

| | |
|---|---|
| **From:** | Daniel Taskalos |
| **Sent:** | Thursday, April 20, 2017 2:20 PM |
| **To:** | 'Scott Alan Burroughs' |
| **Cc:** | 'Trevor Barrett'; hhan@donigerlawfirm.com; Martin Bader; Rebecca Edelson; Seong Kim; LegalTm-F21-Wongab |
| **Subject:** | RE: Wongab v. Forever 21 - Supplemental Patent Infringement Contentions |

Scott:

Thank you for your email.

What you told us (myself and Rebecca Edelson) was that you would provide Wongab's amended infringement contentions (including the requisite information and documents) by end of this week. That said, we interpret "early next week" to be no later than COB on Tuesday, April 25. Further, as we told you previously, Forever 21 reserves all rights and remedies.

We will expect your proposed amended complaint early next week as well. As we told you, we cannot comment until we actually see what Wongab is proposing.

Thank you.

Daniel T. Taskalos
858.720.7490 | direct
858.523.6733 | direct fax
DTaskalos@sheppardmullin.com

**Sheppard**Mullin
Sheppard Mullin Richter & Hampton LLP
12275 El Camino Real, Suite 200
San Diego, CA 92130-2006
858.720.8900 | main
www.sheppardmullin.com

---

**From:** Scott Alan Burroughs [mailto:scott@donigerlawfirm.com]
**Sent:** Wednesday, April 19, 2017 5:29 PM
**To:** Daniel Taskalos <DTaskalos@sheppardmullin.com>
**Cc:** 'Trevor Barrett' <tbarrett@donigerlawfirm.com>; hhan@donigerlawfirm.com
**Subject:** Wongab v. Forever 21 - Supplemental Patent Infringement Contentions

Daniel:

Thanks to you and your colleague you for taking the time to discuss this matter with me last week. As we agreed, our office will supplement our contentions to incorporate the pictures and images that we have sent by email, and will provide the additional information and specification we discussed. As noted on the phone, I should be able to get that to you by the end of this week or early next week at the latest. We will also ensure that the documents that we discussed are produced in relation to the supplemental contentions.

We also discussed amending the complaint, which we can further discuss early next week.

Regards,

Scott Alan Burroughs, Esq.
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Phone: (310) 590-1820
Electronic: scott@donigerlawfirm.com
Website: www.donigerlawfirm.com