# EXHIBIT 7

5/15/2017
6:49 PM
Sheppard Mullin Richter & Hampton LLP
Report: 2013T13
Req'd By: 6tgd1

Case 2:16-cv-05194-TJH-SS   Document 24-10   Filed 05/17/17   Page 2 of 4   Page ID #:283

Matter Detailed Time and Expense Report

Parameter Set: DATE
Date Range (Time): 3/1/2017 to 5/15/2017  (Disb): 5/15/2017 to 5/15/2017
Currency: USD

| Client: | 36LR | Forever 21 | | Bill Atty: | 3357 | Kim, Seong H. | |
|---|---|---|---|---|---|---|---|
| Matter: | 36LR-247296 | rever 21 - Wongab Corporation | | Resp Atty: | 0001 | Administration, The | |

**Detailed Time Section**

| | | | Base | | | Tobill / Billed | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tkpr | Date | Hours | Amount | Rate | Hours | Amount | Rate | Phase.Task | Status | Description of Services Rendered | Time ID |
| 2701 | 3/6/2017 | 0.5 | 297.50 | 595.00 | 0.5 | 297.50 | 595.00 | . | B | █████████████ and prepared e-mail correspondence to opposing counsel regarding discovery deficiencies and failure to serve infringement contentions (.4). | 17060201 |
| 2701 | 3/8/2017 | 0.4 | 238.00 | 595.00 | 0.4 | 238.00 | 595.00 | . | B | Corresponded with opposing counsel regarding ████████ and failure to serve infringement contentions (.2) | 17060194 |
| 2701 | 3/15/2017 | 0.2 | 119.00 | 595.00 | 0.2 | 119.00 | 595.00 | . | B | Prepared e-mail correspondence to opposing counsel regarding discovery deficiencies and delinquent infringement contentions. | 17081764 |
| 2947 | 3/22/2017 | 5.5 | 2,612.50 | 475.00 | 5.5 | 2,612.50 | 475.00 | . | B | Research re potential motion to dismiss patent claims. Drafted meet and confer letter to opposing counsel re motion to dismiss. | 17112678 |
| 2947 | 3/24/2017 | 5.7 | 2,707.50 | 475.00 | 5.7 | 2,707.50 | 475.00 | . | B | Researched case law re striking infringement contentions (2.5). Drafted meet and confer letter to opposing counsel re striking contentions and dismissing patent claims (3.2) | 17112760 |
| 2947 | 3/28/2017 | 3.2 | 1,520.00 | 475.00 | 3.2 | 1,520.00 | 475.00 | . | B | Researched case law regarding affirmative defenses (1.5). Revised letter to opposing counsel re deficient patent infringement contentions (1.7). | 17137497 |
| 2701 | 3/29/2017 | 0.6 | 357.00 | 595.00 | 0.6 | 357.00 | 595.00 | . | B | Finalized correspondence to opposing counsel regarding the many deficiencies in Wongab's infringement contentions, and requesting a meet and confer regarding the deficiencies and a motion to dismiss the patent claims. | 17125555 |
| 2947 | 4/11/2017 | 0.3 | 142.50 | 475.00 | 0.3 | 142.50 | 475.00 | . | P | Conducted meet and confer with opposing counsel re deficiencies in Wongab's infringement contentions. | 17192741 |

D. Taskalos Dec., Ex. 7
Page 78

5/15/2017  
6:49 PM  
Sheppard Mullin Richter & Hampton LLP  
Report: 2013T13  
Case 2:16-cv-05194-TJH-SS Document 24-16 Filed 05/17/17 Page 3 of 4 Page ID #:284  
Req'd By: 6tgd1  
Matter Detailed Time and Expense Report  
Parameter Set: DATE  
Date Range (Time): 3/1/2017 to 5/15/2017 (Disb): 5/15/2017 to 5/15/2017  
Currency: USD

| Client: | 36LR | Forever 21 | | Bill Atty: | 3357 | Kim, Seong H. | | | Client Last Payment: | 4/20/2017 |
| Matter: | 36LR-247296 | Forever 21 - Wongab Corporation | | Resp Atty: | 0001 | Administration, The | | | Matter Last Billed: | 4/25/2017 |

**Detailed Time Section**

| | | Base | | | Tobill / Billed | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tkpr | Date | Hours | Amount | Rate | Hours | Amount | Rate | Phase.Task | Status | Description of Services Rendered | Time ID |
| 2947 | 5/3/2017 | 6.2 | 2,945.00 | 475.00 | 6.2 | 2,945.00 | 475.00 | . | W | Researched case law and drafted motion to strike patent infringement contentions. | 17275735 |
| 2947 | 5/4/2017 | 7.1 | 3,372.50 | 475.00 | 7.1 | 3,372.50 | 475.00 | . | W | Researched for and drafted motion to dismiss and/or strike infringement contentions. | 17275751 |
| 2947 | 5/8/2017 | 4.8 | 2,280.00 | 475.00 | 4.8 | 2,280.00 | 475.00 | . | W | Drafted motion to dismiss patent claims or strike infringement contentions. | 17293576 |
| 2947 | 5/9/2017 | 4.2 | 1,995.00 | 475.00 | 4.2 | 1,995.00 | 475.00 | . | W | Researched and drafted motion to dismiss patent claims or strike infringement contentions. | 17293650 |
| 2947 | 5/10/2017 | 7.3 | 3,467.50 | 475.00 | 7.3 | 3,467.50 | 475.00 | . | W | Researched and drafted motion to dismiss patent claims or dismiss infringement contentions. | 17293578 |
| 2701 | 5/12/2017 | 3.4 | 2,023.00 | 595.00 | 3.4 | 2,023.00 | 595.00 | . | W | Revised and revised motion to dismiss and motion to strike. | 17288522 |
| 2947 | 5/12/2017 | 5.2 | 2,470.00 | 475.00 | 5.2 | 2,470.00 | 475.00 | . | W | Revised motion to dismiss patent claims or strike infringement contentions. | 17293579 |
| Time Total | | 78.7 | $38,894.50 | $494.21 | 78.7 | $38,894.50 | $494.21 | | | | |

D. Taskalos Dec., Ex. 7  
Page 79

Sheppard Mullin Richter & Hampton LLP

Matter Detailed Time and Expense Report

Date Range (Time): 3/1/2017 to 5/15/2017  (Disb): 5/15/2017 to 5/15/2017

Case 2:16-cv-05194-TJH-SS   Document 24-10   Filed 05/17/17   Page 4 of 4   Page ID #:285

| Client: | 36LR | Forever 21 | Bill Atty: | 3357 | Kim, Seong H. |
| Matter: | 36LR-247296 | ~rever 21 - Wongab Corporation | Resp Atty: | 0001 | Administration, The |

**Working Timekeeper Summary Section**

| Timekeeper | | Base Values | | | WIP Totals | | | Billed Totals | | | Adjustments | |
| --- | --- | Hours | Amount | Rate | Hours | Amount | Rate | Hours | Amount | Rate | Hours | Amount |
| 2701 | Bader, Martin R. | | | | | | | | | | | |
| 2947 | Taskalos, Daniel T. | | | | | | | | | | | |
| Working Timekeeper Matter Summary Total | | | | | | | | | | | | |

| Matter: | 36LR-247296 | Forever 21 - Wongab Corporation | Fees | |
| | | | Disb | 0.00 |
| | | | Total | |

D. Taskalos Dec., Ex. 7

Page 80